*Messrs. W. E. Keeley, James B. Castles* and *Donovan Worden,* for Relatrix.

No. 8,005.—BRITISH AMERICAN SYNDICATE, INC., APPELLANT, *v.* PHILLIPS COUNTY OIL & GAS COMPANY ET AL., RESPONDENTS.

Decided November 14, 1939.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be dismissed pursuant to stipulations of the parties.

*Mr. Louis P. Donovan,* for Appellant.

*Mr. Raymond Hildebrand* and *Mr. E. K. Cheadle, Jr.,* for Respondent.